# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE BOJORQUEZ-AUDEVES,<br><br>Defendant. | Case No. 2:16-mj-302-NJK<br><br>**ORDER**<br><br>(Docket No. 9) |

Based on the Motion to Dismiss filed by the Government on May 6, 2016 and good cause appearing therefore,

IT IS HEREBY ORDERED ADJUDGED AND DECREED that the Motion is hereby GRANTED, and be granted forthwith to avoid any further prejudice.

DATED this  6th  day of May, 2016.

_____
UNITED STATES MAGISTRATE JUDGE